# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY,<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>U.S. DOGE SERVICE,<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>U.S. DOGE SERVICE TEMPORARY ORGANIZATION,<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>U.S. DIGITAL SERVICE,<br>736 Jackson Place NW<br>Washington, DC 20503<br><br>and<br><br>OFFICE OF MANAGEMENT AND BUDGET,<br>725 17th Street NW, Suite 9272<br>Washington, DC 20503<br><br>*Defendants.* | Case No. 25-cv-409 |

## DECLARATION OF ELIZABETH HADDIX

I, ELIZABETH HADDIX, hereby declare as follows:

1

1.  I am Senior Counsel at American Oversight and counsel of record for American Oversight in the above-captioned action. I make this declaration based on my personal knowledge, through consultation with my colleagues at American Oversight, and through a review of American Oversight's business records.

2.  Attached to this Declaration are true and accurate copies of Exhibits A (Plaintiff's IG Key Terms Request), B (Plaintiff's IG Comms Request), C (Defendant OMB's acknowledgement of receipt of the IG Key Terms Request) and D (Defendant OMB's acknowledgement of receipt of the IG Comms Request) referenced in the Complaint.

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 11, 2025            /s/ Elizabeth Haddix
                                     Elizabeth Haddix


Dated: February 11, 2025             Respectfully submitted,

                                     /s/ Elizabeth Haddix
                                     Elizabeth Haddix
                                     D.C. Bar No. 90019750
                                     David Kronig
                                     D.C. Bar No. 1030649
                                     AMERICAN OVERSIGHT
                                     1030 15th Street NW, B255
                                     Washington, DC 20005
                                     (202) 869-5246
                                     Elizabeth.haddix@americanoversight.org
                                     *Counsel for Plaintiff*