## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | )  Case No. 1:25-cv-00409-BAH |
| | ) |
| U.S. DEPARTMENT OF GOVERNMENTAL | ) |
| EFFICIENCY *et al.,* | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process was effected on the U.S. Attorney for the District of Columbia, U.S. Attorney General, U.S. Department of Government Efficiency ("DOGE"), U.S. DOGE Service, U.S. DOGE Service Temporary Organization, U.S. Digital Service, and the Office of Management and Budget in the above-captioned matter on February 18, 2025, and service of the Amended Complaint was effected on March 6, 2025.

Dated: March 17, 2025

/s/ *Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Case No. 25-cv-00409-BAH |
| | ) |
| U.S. DEPARTMENT OF GOVERNMENTAL | ) |
| EFFICIENCY *et al.*, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## <u>DECLARATION OF SERVICE</u>

I, Marwah Adhoob, hereby declare as follows:

1.      I am employed as Paralegal at American Oversight.

2.      On February 11, 2025, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On February 13, 2025, the Court issued all summonses for service. On February 18, 2025, I served the summonses and copies of the complaint and exhibits on Defendants as follows:

    a.  I emailed copies of the summonses, complaint and exhibits to the U.S. Attorney for the District of Columbia at USADC-ServiceCivil@usa.doj.gov. As required by the instructions from the U.S. Attorney for the District of Columbia, available at https://www.justice.gov/usao-dc/civil-division, my email included the suit caption and court-assigned docket number in the email's subject line and attached the summonses, complaint and exhibits as a single, combined PDF. See attached Exhibit 1.

2

     b.  I sent copies of the summonses, complaint and exhibits via certified U.S. Mail return-receipt requested to the U.S. Attorney General (see attached Exhibit 2) and to Defendants U.S. DOGE, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, U.S. Digital Service and the Office of Management and Budget Service (see attached combined Exhibit 2A).

3.     On March 6, 2025, I served copies of the Amended Complaint and Exhibits A through P on Defendants as follows:

     a.  I emailed copies of the Amended Complaint and Exhibits A through P to the U.S. Attorney for the District of Columbia at USADC-ServiceCivil@usa.doj.gov. As required by the instructions from the U.S. Attorney for the District of Columbia, available at https://www.justice.gov/usao-dc/civil-division, my email included the suit caption and court-assigned docket number in the email's subject line and a copy of the Amended Complaint and Exhibits A-P as a single, combined PDF attachment measuring 1.6 megabytes. *See* attached Exhibit 3.

     b.  I sent copies of the Amended Complaint and Exhibits A-P via certified U.S. Mail return-receipt requested to the Defendants U.S. DOGE, U.S. DOGE Service, U.S. Digital Service, the Office of Management and Budget Service, and the U.S. Attorney General.  *See* U.S. Postal Service Tracking documents, attached as Exhibits 4 through 8, respectively.

4.     I sent a copy of the Amended Complaint and Exhibits A-P to Defendant U.S. DOGE Service Temporary Organization via certified U.S. Mail, return-receipt requested on March 14, 2025. *See* U.S. Postal Tracking document, attached as Exhibit 9.

5.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2025                        *Marwah Adhoob*
                                                        Marwah Adhoob