# EXHIBIT 1

**From:** USADC-ServiceCivil USADC.ServiceCivil@usdoj.gov
**Subject:** RE: American Oversight v. U.S. Department of Government Efficiency, et al., 25-0409
**Date:** February 22, 2025 at 9:00 AM
**To:** FOIA foia@americanoversight.org

Your service package has been received and accepted with a service date of February 18, 2025.  Thank you.

**From:** FOIA <foia@americanoversight.org>
**Sent:** Tuesday, February 18, 2025 1:16 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] American Oversight v. U.S. Department of Government Efficiency, et al., 25-0409

Good afternoon,

Please find attached, merged into a single PDF, the signed summons, complaint and exhibits for Case 25-cv-0409-BAH, American Oversight v. U.S. Department of Government Efficiency, et al.

**Marwah Adhoob** | She/Her
Paralegal | American Oversight
foia@americanoversight.org
www.americanoversight.org | @weareoversight