# EXHIBIT 2A

**ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…**

# USPS Tracking®

FAQs >

Tracking Number:

Remove ✕

## 9414811206206440679363

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

## THURSDAY

**20**   February 2025 ⓘ   | by **9:00pm** ⓘ

USPS is now in possession of your item as of 12:16 pm on February 18, 2025 in ANNANDALE, VA 22003.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

Feedback

**Accepted**

● **USPS in possession of item**

ANNANDALE, VA 22003
February 18, 2025, 12:16 pm

● **Shipping Label Created, USPS Awaiting Item**

WASHINGTON, DC 20005
February 17, 2025, 8:40 am

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌃

✓ Confirmation - We Received Your Request

9414811206206440679363

Your updates will be sent to:

marwah.adhoob@americanoversight.org

When new tracking activity is available, you'll get notifications based on your selections.

## Return Receipt Electronic ⌃

✓ Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

marwah.adhoob@americanoversight.org

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414811206206440699682

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

### THURSDAY

**20**  February 2025 ⓘ    | by **9:00pm** ⓘ

USPS is now in possession of your item as of 12:16 pm on February 18, 2025 in ANNANDALE, VA 22003.

**Get More Out of USPS Tracking:**

　USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

Feedback

● **Accepted**
● **USPS in possession of item**
ANNANDALE, VA 22003
February 18, 2025, 12:16 pm

● **Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20005
February 17, 2025, 8:41 am

[What Do USPS Tracking Statuses Mean?](https://faq.usps.com/s/article/Where-is-my-package) **(https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates ⌃

✅ Confirmation - We Received Your Request
9414811206206440699682

Your updates will be sent to:

marwah.adhoob@americanoversight.org

When new tracking activity is available, you'll get notifications based on your selections.

## Return Receipt Electronic ⌃

✅ Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

marwah.adhoob@americanoversight.org

## USPS Tracking Plus® ⌄

## Product Information ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9414811206206440690474

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**THURSDAY**

**20** February 2025 ⓘ | by **9:00pm** ⓘ

USPS is now in possession of your item as of 12:16 pm on February 18, 2025 in ANNANDALE, VA 22003.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

Feedback

**Accepted**

● **USPS in possession of item**
ANNANDALE, VA 22003
February 18, 2025, 12:16 pm

● **Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20005
February 17, 2025, 8:43 am

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

✓ Confirmation - We Received Your Request
9414811206206440690474

Your updates will be sent to:

marwah.adhoob@americanoversight.org

When new tracking activity is available, you'll get notifications based on your selections.

## Return Receipt Electronic

✓ Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

marwah.adhoob@americanoversight.org

## USPS Tracking Plus®

## Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9414811206206440924845

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

### THURSDAY
**20** February 2025 ⓘ | by **9:00pm** ⓘ

USPS is now in possession of your item as of 12:16 pm on February 18, 2025 in ANNANDALE, VA 22003.

**Get More Out of USPS Tracking:**
   USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

Feedback

**Accepted**
**USPS in possession of item**
ANNANDALE, VA 22003
February 18, 2025, 12:16 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20005
February 17, 2025, 9:05 am

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ALERT: SEVERE WEATHER IN THE MIDWEST THROUGH THE NORTHEAST U.S. AND THE SOU…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414811206206440958352

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

## THURSDAY

**20**  February 2025 ⓘ  | by **9:00pm** ⓘ

USPS is now in possession of your item as of 12:16 pm on February 18, 2025 in ANNANDALE, VA 22003.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

Feedback

**Accepted**

● **USPS in possession of item**

ANNANDALE, VA 22003
February 18, 2025, 12:16 pm

● **Shipping Label Created, USPS Awaiting Item**

WASHINGTON, DC 20005
February 17, 2025, 9:08 am

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

## Text & Email Updates

✅ Confirmation - We Received Your Request

9414811206206440958352

Your updates will be sent to:

marwah.adhoob@americanoversight.org

When new tracking activity is available, you'll get notifications based on your selections.

## Return Receipt Electronic

✅ Confirmation

You requested this information prior to the delivery of your item. When your Proof of Delivery record is complete, it will be provided.

Your confirmation will be sent to the following:

marwah.adhoob@americanoversight.org

## USPS Tracking Plus®

## Product Information

**See Less** ︿

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs