# EXHIBIT 3

**From:** FOIA foia@americanoversight.org
**Subject:** American Oversight v. U.S. Department of Government Efficiency, et al., 25-0409
**Date:** March 6, 2025 at 4:48 PM
**To:** USADC.ServiceCivil@usdoj.gov



Good afternoon,

Please find attached, merged into a single PDF, the amended complaint and exhibits for Case 25-cv-0409-BAH, American Oversight v. U.S. Department of Government Efficiency, et al.

**Marwah Adhoob** | She/Her
Paralegal | American Oversight
foia@americanoversight.org
www.americanoversight.org | @weareoversight

American Oversight v. U.S. Department of Government…