# EXHIBIT 4

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9414811206206597833502

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

We were unable to deliver your package at 10:45 am on March 11, 2025 in WASHINGTON, DC 20500 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt**
**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
March 11, 2025, 10:45 am

**Arrived at Post Office**
WASHINGTON, DC 20018
March 11, 2025, 8:17 am

**In Transit to Next Facility**
March 10, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 7, 2025, 10:48 am

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
March 6, 2025, 10:38 pm

**USPS in possession of item**
WASHINGTON, DC 20005

Feedback

EXHIBIT 4 - DOGE Tracking

- March 6, 2025, 4:27 pm

- **Shipping Label Created, USPS Awaiting Item**
  WASHINGTON, DC 20005
  March 6, 2025, 2:33 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

EXHIBIT 4 - DOGE Tracking