# EXHIBIT 5

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414811206206597006722

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

We were unable to deliver your package at 10:45 am on March 11, 2025 in WASHINGTON, DC 20500 because the business was closed. We will redeliver on the next business day. No action needed.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivery Attempt
**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20500
March 11, 2025, 10:45 am

### Arrived at Post Office
WASHINGTON, DC 20018
March 11, 2025, 8:18 am

### In Transit to Next Facility
March 10, 2025

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
March 7, 2025, 10:46 am

### Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER
March 6, 2025, 10:38 pm

### USPS in possession of item
WASHINGTON, DC 20005

Feedback

EXHIBIT 5 - Service Tracking for US DOGE Service

March 6, 2025, 4:26 pm

- **Shipping Label Created, USPS Awaiting Item**
  WASHINGTON, DC 20005
  March 6, 2025, 2:32 pm

- Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

EXHIBIT 5 - Service Tracking for US DOGE Service