# EXHIBIT 8

ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414811206206597005169

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:11 am on March 12, 2025 in WASHINGTON, DC 20530.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 12, 2025, 5:11 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
March 11, 2025, 3:17 pm

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
March 11, 2025, 1:50 pm

**Arrived at Post Office**
WASHINGTON, DC 20018
March 11, 2025, 9:09 am

**In Transit to Next Facility**
March 10, 2025

**Arrived at USPS Regional Facility**

Feedback

EXHIBIT 8 - AG tracking

WASHINGTON DC DISTRIBUTION CENTER
March 7, 2025, 10:46 am

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
March 6, 2025, 10:38 pm

**USPS in possession of item**
WASHINGTON, DC 20005
March 6, 2025, 4:25 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20005
March 6, 2025, 2:31 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

EXHIBIT 8 - AG tracking

**FAQs**

EXHIBIT 8 - AG tracking