# EXHIBIT 9

ALERT: SEVERE WEATHER IN THE MIDWEST AND CENTRAL U.S. AND WINTER STORMS IN TH…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9414811206206567966926

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**MONDAY**
**17** March 2025 ⓘ

by
**9:00pm** ⓘ

USPS is now in possession of your item as of 4:34 pm on March 14, 2025 in FAIRFAX, VA 22031.

Feedback

**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

In Transit

**Accepted**
● **USPS in possession of item**
FAIRFAX, VA 22031
March 14, 2025, 4:34 pm

● **Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20005
March 14, 2025, 2:13 pm

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

Return Receipt Electronic ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

EXHIBIT 9 - DOGE Temp Tracking