# EXHIBIT 1

**From:** admin admin@DOGE.eop.gov
**Subject:** American Oversight - USDS Records Requests
**Date:** March 12, 2025 at 3:55 PM
**To:** Elizabeth.haddix@americanoversight.org, foia@americanoversight.org



**EXTERNAL SENDER**

Dear Ms. Lewis and Ms. Haddix:

We are writing in reference to your Freedom of Information Act (FOIA) requests--the first of which was submitted on January 30, 2025, and multiple others on February 3, 2025-- which were submitted on behalf of American Oversight in Washington, D.C., to the United States DOGE Service (USDS).  The FOIA requests seek information from the USDS.

As set forth in Executive Order 14158, Establishing and Implementing the President's "Department of Government Efficiency," USDS sits within the Executive Office of the President, and the USDS Administrator reports to the President's Chief of Staff.  We write now to inform you that USDS is subject to the Presidential Records Act, 44 U.S.C.S. § 2201 et seq., and is not subject to FOIA.  We therefore decline your request.