# EXHIBIT 2

**Friday, March 21, 2025 at 03:33:55 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: American Oversight V. U.S. Department Of Government Efficiency Et Al - Civ. A. No. 25-0409 |
| **Date:** | Thursday, March 20, 2025 at 6:27:40 PM Eastern Daylight Time |
| **From:** | Elizabeth Haddix |
| **To:** | Bardo, John (USADC) |
| **CC:** | David Kronig |
| **Attachments:** | 2025.03.19 DOGE order on reconsideration .pdf |

Jack,

Thanks for speaking with me by phone a little while ago. As we discussed, in light of American Oversight's noon deadline tomorrow to respond to your motion for extension of time, please advise <u>by 10:00am tomorrow</u> whether your client will stipulate that it has preserved, and will continue to preserve, all records responsive to American Oversight's eight FOIA requests. If it will not so stipulate, we will seek the court's intervention, and that issue is relevant to our response to your motion for extension of time.

As you requested, I have attached a copy of Judge Cooper's orders.

Thanks,
Elizabeth

**Elizabeth Haddix** | she/hers
Senior Counsel |American Oversight
elizabeth.haddix@americanoversight.org
(252) 359-7424 ext. 1031
www.americanoversight.org | @weareoversight

---

**From:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>
**Sent:** Thursday, March 20, 2025 10:47 AM
**To:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Cc:** David Kronig <david.kronig@americanoversight.org>
**Subject:** Re: American Oversight V. U.S. Department Of Government Efficiency Et Al - Civ. A. No. 25-0409

To which "federal record retention laws" do you refer?

Will your client file a stipulation that it has preserved and will continue to preserve all records potentially responsive to American Oversight's eight FOIA requests? If not, we intend to ask the court for preliminary relief.

We understand your position regarding discovery and disagree with it. That aside, will your client agree to an expedited briefing schedule on the merits?

1 of 3

Thanks,
Elizabeth

**Elizabeth Haddix** | she/hers
Senior Counsel | American Oversight
elizabeth.haddix@americanoversight.org
(252) 359-7424 ext. 1031
www.americanoversight.org | @weareoversight

---

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Date:** Thursday, March 20, 2025 at 10:18 AM
**To:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>
**Cc:** David Kronig <david.kronig@americanoversight.org>
**Subject:** RE: American Oversight V. U.S. Department Of Government Efficiency Et Al - Civ. A. No. 25-0409

Ms. Haddix,

We will preserve all records in accordance with federal record retention laws. We absolutely will not be agreeing to discovery because FOIA does not provide for discovery.

I have been preoccupied with TROs and have not had the opportunity to look closely at this case. That is the reason we are requesting the extension.

**John J. "Jack" Bardo**
Assistant United States Attorney
Phone: (202) 870-6770

---

**From:** Elizabeth Haddix <elizabeth.haddix@americanoversight.org>
**Sent:** Thursday, March 20, 2025 10:13 AM
**To:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Cc:** David Kronig <david.kronig@americanoversight.org>
**Subject:** [EXTERNAL] Re: American Oversight V. U.S. Department Of Government Efficiency Et Al - Civ. A. No. 25-0409

Mr. Bardo:

Please note that you used an incorrect email for me in your below message.

The urgency of the information American Oversight requested on an expedited basis on Jan. 30 precludes our ability to waive deadlines or agree to any further delay. Will your client stipulate on the record in this case that it (1) has preserved and will continue to preserve all records potentially responsive to American Oversight's eight FOIA requests and (2) will agree to limited discovery and an expedited briefing schedule on the merits of whether it is subject to FOIA? If not, we intend to

2 of 3

promptly seek Judge Howell's intervention.

We look forward to hearing from you before the end of today.

Thanks,
Elizabeth

**Elizabeth Haddix** | she/hers
Senior Counsel | American Oversight
elizabeth.haddix@americanoversight.org
(252) 359-7424 ext. 1031
www.americanoversight.org | @weareoversight

---

**From:** Bardo, John (USADC) <John.Bardo@usdoj.gov>
**Date:** Wednesday, March 19, 2025 at 5:00 PM
**To:** David Kronig <david.kronig@americanoversight.org>, Haddix@americanoversight.Org <Haddix@americanoversight.Org>
**Subject:** American Oversight V. U.S. Department Of Government Efficiency Et Al - Civ. A. No. 25-0409

Good afternoon,

I will be handling this case on behalf of the Government. Would you all be willing to consent to a 30-day extension of our response deadline? I am currently bogged down with TROs.

**John J. "Jack" Bardo**
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, NW
Washington, DC 20530
Phone: (202) 870-6770