IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 25-cv-409-BAH |
| U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY, et al. | ) |
| *Defendants*. | ) |

**PROPOSED ORDER DENYING DEFENDANTS' MOTION TO EXTEND**

This matter comes before the undersigned on Defendants' motion to extend the March 21, 2025 deadline mandated by Fed. R. Civ. P. 15(a)(3) to April 21, 2025. In contravention of this Court's Standing Order, Defendants filed their motion on the eve of their deadline, on March 20, 2025. Plaintiff opposes the extension.

Defendants have been on notice of this lawsuit since February 18, 2025, when the original Complaint was served, and have not offered sufficient justification for this Court to allow them another thirty days to respond to Plaintiff's Amended Complaint, which was served on them on March 6, 2025. For that reason, and in consideration of Plaintiff's reasonable concerns described in its opposition to Defendants' motion, Defendants' motion is DENIED. Defendants are hereby ORDERED to respond to Plaintiff's Amended Complaint by 11:59 am ET on March 25, 2025.

DATE: March 21, 2025

_____
BERYL A. HOWELL
United States District Judge