UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY, *et al.*,<br><br>  Defendants. | Civil Action No. 25-409 (BAH)<br><br>Judge Beryl A. Howell |

### ORDER

Upon consideration of plaintiff American Oversight's Motion for a Preservation Order, ECF No. 12, defendants U.S. Department of Government Efficiency, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, U.S. Digital Service, and U.S. Office of Management and Budget's (collectively, "defendants") opposition, ECF No. 13, and the entire record herein, it is hereby:

**ORDRED** that defendants U.S. Department of Government Efficiency, U.S. DOGE Service, U.S. DOGE Service Temporary Organization, U.S. Digital Service (collectively, "DOGE"), inform the Court by Monday, April 7, 2024, whether all records that may be responsive to plaintiff's records requests, pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §552 *et seq.*, at issue in this case have been preserved to date; and it is further

**ORDERED** that DOGE shall preserve all records that may be responsive to any of plaintiff's FOIA requests at issue in this case.

**SO ORDERED**.

DATE: April 2, 2025

_____
**BERYL A. HOWELL**
United States District Judge