UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>      Defendants. | Civil Action No. 25-0409 (BAH) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's April 2, 2025 Order (ECF No. 15), Defendants respectfully report that they have made all reasonable efforts to ensure preservation of records potentially responsive to the Freedom of Information Act requests that are the subject of this lawsuit and will continue to do so. Consistent with the Court's order, the US DOGE Service has also circulated the Order to all US DOGE Service employees and directed them again to preserve all potentially responsive records.

Dated: April 7, 2025
       Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:    */s/ John J. Bardo*
     JOHN J. BARDO, D.C. Bar #1655534
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 870-6770

*Attorneys for the United States of America*