IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY, et al.<br><br>        *Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 25-cv-409-BAH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PLAINTIFF'S PROPOSED] ORDER**

UPON CONSIDERATION of the Parties' Joint Status Report, it is hereby

ORDERED that American Oversight may serve limited discovery requests that go to the threshold question of whether DOGE is an agency subject to FOIA, including the depositions of Elon Musk, Steve Davis, Amy Gleason, and DOGE's 30(b)(6) designee; and it is further

ORDERED that DOGE shall respond to American Oversight's requests for production, interrogatories, and requests for admission within twenty (20) days, and American Oversight shall then complete depositions within twenty (20) days of receiving full responses or the expiration of the deadline for those responses, whichever comes first; and it is further

ORDERED that discovery shall close on June 27; and it is further

ORDERED that Plaintiff and Defendant OMB shall file a joint status report by May 30 with Defendant OMB's estimate of the number of potentially responsive records and a proposed processing schedule; and it is further

ORDERED that the DOGE Defendants shall file their motion for summary judgment on the threshold question of whether DOGE is an agency subject to FOIA on or before July 11, with Plaintiff's opposition and cross-motion due July 25, Defendants' reply due August 1, and Plaintiff's reply due August 8.

SO ORDERED.

Date: _____    _____
                                         Hon. Beryl A. Howell
                                         United States District Judge