UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>      Defendants. | Civil Action No. 25-0409 (BAH) |

## JOINT STATUS REPORT

This lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("DOGE") and the Office of Management and Budget ("OMB"). Consistent with the Court's Preservation Order (ECF No. 15), DOGE has preserved all records in its custody that are responsive to Plaintiff's requests, but will not be producing any records based on its contention that is not an agency subject to FOIA. Plaintiff has a pending motion for discovery against DOGE seeking information Plaintiff believes is necessary to determine DOGE's agency status. On September 10, 2025, the Court stayed the case "pending resolution of the dispute over the scope of discovery in [. . .] *Citizens for Responsibility and Ethics in Washington v. United States DOGE Service et al.*, No. 25-cv-511 (D.D.C.)." Minute Order (Sept. 10, 2025).

The parties, through their counsel, have conferred and respectfully submit the following:

1.    As noted in the parties' May 5, 2025 Joint Status Report, ECF No. 20 ("JSR"), OMB, which does not dispute its agency status under FOIA and from which Plaintiff seeks no

discovery in this case, "has been searching for records responsive to Plaintiff's requests," JSR at 1.

2. On August 5, 2025, Defendant OMB responded to three of the eight FOIA requests at issue, stating that it has no records responsive to those three requests, and that the remaining five requests (OMB file numbers 25-0252, 25-0253, 25-642, 25-641 and 25-644) are still being processed.

3. OMB agrees to process at least 500 pages of potentially responsive records by the last business day of each month, and will provide to Plaintiff its first production of responsive records no later than November 28, 2025.

4. OMB and Plaintiff respectfully request that they be ordered to file a further Joint Status Report on or before December 8, 2025.

Dated: September 30, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649

By:     */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Elizabeth.haddix@americanoversight.org

*Attorneys for the United States of America*

*Counsel for Plaintiff*