UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>  Defendants. | Civil Action No. 25-0409 (BAH) |

**JOINT STATUS REPORT**

Pursuant to the Court's September 30, 2025 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report. Plaintiff and OMB were unable, despite their counsels' efforts, to agree on another extended deadline by which OMB must make its first production, and report as follows:

1. As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB.

**Defendant's Statement:**

2. Although OMB had previously agreed to begin processing 500 pages per month and make its first release at the end of November 2025, OMB was unable to meet that deadline because of the recent government shutdown.

3. Processing FOIA requests was not an excepted activity during the shutdown and during the shutdown, additional FOIA cases were filed against OMB. Due to these developments, the OMB FOIA processors have needed to reassess their total workload to figure out revised processing schedules in the FOIA requests that are the subject of litigation.

4. For these reasons, OMB anticipates making its first release to Plaintiff in this case at the end of January 2026. OMB will process at least 500 pages per month as previously agreed.

**Plaintiff's Statement:**

5. On May 5, 2025, in the parties' initial joint status report, OMB represented that it was "searching for records responsive to Plaintiff's requests," ECF No. 20 at 1. OMB received Plaintiff's requests in late January and early February, 2025.

6. On August 5, 2025, OMB informed Plaintiff that it had completed processing of three of the five FOIA requests at issue, and that the remaining five requests were "pending." ECF No. 24 -1 at 1.

7. In September 2025, following negotiations with Plaintiff regarding OMB's production schedule for records responsive to the five pending requests, OMB committed to make its first production of responsive records on November 28, 2025. *See* ECF No. 26 at 2.

8. On November 13, 2025, Chief Judge Boasberg extended federal agencies' filing and discovery deadlines that fell between November 13 and 28 by ten working days. *See* Standing Order No. 25-59, *In Re: Extension of Deadlines in Civil Proceedings Involving the United States Following Restoration of Appropriations*, Nov. 13, 2025 (JEB). Under that order, OMB's November 28 production deadline was extended to December 12, 2025.

9. In light of the particular circumstances here, including the representations OMB made to the Court in May, Plaintiff requests that the Court order OMB to make its first production of records **no later than December 19, 2025**.

\* \* \*

10. The parties respectfully propose filing another joint status report in sixty days on February 6, 2026.

Dated: December 8, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

By:      */s/ John J. Bardo*
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*