UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>      Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>      Defendants. | Civil Action No. 25-0409 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's December 10, 2025 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report. The parties report as follows:

1. As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB.

2. Consistent with its prior agreement, OMB is processing at least 500 potentially responsive pages of records each month and made a release of non-exempt, reasonably segregable portions of responsive records on January 27, 2026.

3. OMB anticipates making its next production by February 27, 2026.

4. The parties respectfully propose filing another joint status report in sixty days on April 7, 2026.

Dated: February 6, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
David Kronig
D.C. Bar No. 1030649

By: _____*/s/ John J. Bardo*_____
JOHN J. BARDO, D.C. Bar #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
Elizabeth.haddix@americanoversight.org

*Attorneys for the United States of America*

*Counsel for Plaintiff*