UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>Defendants. | Civil Action No. 25-0409 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's February 6, 2026 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report.  The parties report as follows:

1.    As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB.

2.    Since the last Joint Status Report (ECF No. 28), OMB has finished processing records responsive to Plaintiffs' FOIA requests.

3.    The parties propose deferring any briefing until a final resolution on whether USDS is an agency subject to FOIA.

4.    The parties respectfully propose filing another joint status report on June 16, 2026.

Dated:  April 7, 2026                                    Respectfully submitted,

                                                         JEANINE FERRIS PIRRO
                                                         United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix                                         By:          */s/ John J. Bardo*
D.C. Bar No. 90019750                                         JOHN J. BARDO, D.C. Bar #1655534
AMERICAN OVERSIGHT                                            Assistant United States Attorney
1030 15th Street NW, B255                                     601 D Street, NW
Washington, DC 20005                                         Washington, DC 20530
(252) 359-7424                                               (202) 870-6770
Elizabeth.haddix@americanoversight.org

                                                         *Attorneys for the United States of America*

*Counsel for Plaintiff*

2