UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF GOVERNMENT<br>EFFICIENCY et al.,<br><br>        Defendants. | Civil Action No. 25-0409 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's April 8, 2026 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report.  The parties report as follows:

1.      As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB.

2.      Since the last Joint Status Report (ECF No. 30), OMB has been double checking the adequacy of its searches with the anticipation of providing Plaintiff draft search declarations for the requests where OMB did not locate any responsive records.

3.      In undergoing this process, OMB determined that it has records responsive to one of the requests, specifically Request No. 2025-614.

4.      OMB anticipates that it will need forty-five days to conduct a search for and process records responsive to Request No. 2025-614.  This forty-five-day timeframe will allow sufficient time for searching, redacting, and any consults with other government agencies.  By the end of that timeframe, OMB will produce all non-exempt records.

5.      The parties respectfully propose filing another joint status report on July 7, 2026.


Dated: May 8, 2026                          Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix                            By:        */s/ John J. Bardo*
D.C. Bar No. 90019750                              JOHN J. BARDO, D.C. Bar #1655534
AMERICAN OVERSIGHT                                 Assistant United States Attorney
1030 15th Street NW, B255                          601 D Street, NW
Washington, DC 20005                               Washington, DC 20530
(252) 359-7424                                     (202) 870-6770
Elizabeth.haddix@americanoversight.org
                                            *Attorneys for the United States of America*

*Counsel for Plaintiff*

2