UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>  Defendants. | Civil Action No. 25-0409 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's May 11, 2026 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report.  The parties report as follows:

1.    As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB.

2.    Since the last joint status report (ECF No. 32), OMB made a production of non-exempt, reasonably segregable portions of records responsive to Request No. 2025-614.

3.    OMB has agreed to provide Plaintiff with descriptions of the searches it conducted in response to the requests where OMB did not locate any responsive records.  OMB anticipates that it will be able to provide this information within the next thirty days.

4.    The parties respectfully propose filing another joint status report in forty-five days on August 21, 2026.

Dated: July 7, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org

By: _____*/s/ John J. Bardo*_____
   JOHN J. BARDO, D.C. Bar #1655534
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 870-6770

*Counsel for Plaintiff*

*Attorneys for the United States of America*

2