UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

Plaintiff,

v.

U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,

Defendants.

Civil Action No. 25-0409 (BAH)

**JOINT STATUS REPORT**

Pursuant to the Court's October 5, 2026 minute order, Plaintiff American Oversight and Defendant the Office of Management and Budget ("OMB") respectfully submit this joint status report. The parties report as follows:

1. As previously reported, this lawsuit concerns eight Freedom of Information Act ("FOIA") requests that Plaintiff submitted to the U.S. DOGE Service ("USDS") and OMB. Proceedings remain stayed as to USDS pending resolution of the dispute in a similar case, *Citizens for Responsibility and Ethics in Washington v. United States DOGE Service et al.*, No. 25-cv-511 (D.D.C.) (Cooper, J.), on Petition for Writ of Mandamus, No. 25-5130 (D.C. Cir.), over the scope of discovery regarding USDS's agency status.

2. Defendant OMB has completed its production and responses as to all eight FOIA requests in this case. OMB and Plaintiff are working diligently to resolve the claims against OMB, and respectfully propose filing another joint status report by October 29, 2026.

Dated: October 7, 2026

/s/ Elizabeth Haddix
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin W. Owen* (with permission)
Benjamin W. Owen
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899

*Attorneys for the United States of America*