UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY et al.,<br><br>Defendants. | Civil Action No. 25-0409 (BAH) |

**STIPULATION OF DISMISSAL OF CLAIMS AGAINST OMB**

Defendant Office of Management and Budget (OMB) has submitted its final responses to Plaintiff's FOIA requests and has provided the attached declaration regarding those responses and the agency's search efforts. The Parties therefore agree that dismissal of claims against OMB is appropriate. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American Oversight and all Defendants, by their duly authorized undersigned counsel, hereby jointly stipulate to the dismissal of all claims in this action against Defendant OMB without prejudice, with each side bearing its own fees and costs.

Dated: October 29, 2026

/s/ Elizabeth Haddix
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424
Elizabeth.haddix@americanoversight.org
*Counsel for Plaintiff*

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Benjamin W. Owen* (w/ permission)
Benjamin W. Owen
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-0899
*Attorneys for the United States of America*